UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 19-04904 DSF (RAO)                    Date:  December 21, 2020
Title:     Darren Harris v. Gavin Newsom, et al.

Present:      The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

Donnamarie Luengo                                    N/A
Deputy Clerk                              Court Reporter / Recorder

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

N/A                                        N/A

**Proceedings:**        (In Chambers) **ORDER TO SHOW CAUSE WHY THE INSTANT
                        MATTER SHOULD NOT BE DISMISSED**

On September 22, 2020, the Court issued a screening order dismissing the First Amended Complaint with leave to amend.  Dkt. No. 20.  Plaintiff was given the option of filing a Second Amended Complaint or a Notice of Dismissal by October 23, 2020.  *Id.*  On October 26, 2020, the Court granted in part Plaintiff's request for an extension of time to file his Second Amended Complaint ("SAC") and extended the filing deadline to November 9, 2020.  Dkt. No. 22.  On November 12, 2020, the Court denied Plaintiff's second request for an extension of time finding that it lacked good cause.  Dkt. No. 24.  However, the Court *sua sponte* extended the filing deadline for the SAC to November 30, 2020.  *Id.*  To date, Plaintiff has not filed a Second Amended Complaint.

In light of the foregoing, **IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **January 21, 2021**, why this case should not be dismissed for failure to prosecute and to comply with court orders.  Alternatively, Plaintiff may discharge this Order by filing a Second Amended Complaint or a Notice of Dismissal by this deadline.  **Plaintiff's failure to timely respond to this Order will result in a recommendation that this case be dismissed.**

///

///

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   CV 19-04904 DSF (RAO)          Date:   December 21, 2020

Title:      Darren Harris v. Gavin Newsom, et al.

   **The Clerk shall attach a copy of the Notice of Dismissal previously provided to Plaintiff to this Order.** *See* **Dkt. 20-2.**

   **IT IS SO ORDERED.**

   **Attachment.**

                   _____ : _____
Initials of Preparer      dl