# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN L. HARRIS, | Case No. CV 19-04904 DSF (RAO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: June 30, 2021

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE